384

**No. 59099.**—Carole Stupell, Ltd. *v.* United States, protests 166979–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, were held dutiable at 20 percent under paragraph 1547 (a) (2) of the tariff act, and the items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, were held dutiable at 10 percent under said paragraph as modified, *supra*.

BEFORE THE FIRST DIVISION, MAY 25, 1955

**No. 59100.**—Cohn & Rosenberger, Inc. *v.* United States, protests 48801–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise marked "A" on the invoices consists of alabaster beads the same as those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and the items marked "B" consist of white beads similar to those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), the claim of the plaintiff was sustained.

**No. 59101.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 252223–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 59102.**—Strumeyer & Ladenheim *v.* United States, protests 508473–G, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59103.**—Kung Chen Fur Corp. *v.* United States, protest 39433–K (New York).

Opinion by OLIVER, C. J.  It was stipulated that the items marked "A" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and that the items marked "B" consist of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643).  Accepting this stipulation as a statement of fact and following the cited decisions, the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 59104.**—Baeff & Vesely, Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al., protests 188142–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 59105.**—Kittay & Blitz, Inc. *v.* United States, protest 212913–K (New York).

WILSON, Judge:  The merchandise in the case at bar consists of certain opaque glass stones of different sizes and shapes, invoiced under item Nos. 6151 and 6152, covered by entry No. 974602.  It was assessed with duty by the collector at the rate of 50 per centum ad valorem under the provisions of paragraph 218 (f) of the Tariff Act of 1930, as amended by the General Agreement on Tariffs and Trade, T. D. 51802, made effective by the President's proclamation, T. D. 51898, for "* * * all articles of every description not specially provided for, composed